

U.S. POSTAGE >> F

ZIP 06001
02 1W
0001391655 JUI

$ 0

Joe Castagro
Legal Defence Group
75 Powerane
Avon, CT 06001

Daniel J. Lynch, Clerk of Court
U.S. District Court
District of New Hampshire
55 Pleasant Street
Room 110
Concord, NH 03301