UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William A. Bischoff

    v.

                                    Case No. 19-cv-681-JD

United States of America

JUDGMENT

In accordance with the Order by Judge Joseph A. DiClerico dated July 1, 2019, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: July 2, 2019

cc: William A. Bischoff, pro se